# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY D. JUSTICE, II,<br><br>    Plaintiff,<br><br>v.<br><br>VEONEER, INC., JAN CARLSON, ROBERT W. ALSPAUGH, MARY LOUISE CUMMINGS, MARK DURCAN, JAMES M. RINGLER, KAZUHIKO SAKAMOTO, JONAS SYNNERGREN, and WOLFGANG ZIEBART,<br><br>    Defendants. | Case No. 2:21-cv-04254-JP |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses this action ("Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: October 7, 2021

                                                   **GRABAR LAW OFFICE**

                                       By: _/s/ Joshua H. Grabar_____
                                                  Joshua H. Grabar (#82525)
                                                  One Liberty Place
                                                  1650 Market Street, Suite 3600
                                                  Philadelphia, PA 19103
                                                  (267) 507-6085
                                                  jgrabar@grabarlaw.com

                                                  *Counsel for Plaintiff*